IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                        CRIMINAL ACTION NO. 2:19-cr-00071

PAUL W. BURKE, M.D.,

        Defendant.

**ORDER**

The Court has reviewed the *Motion to Continue* (Document 27) filed on May 14, 2021. Therein, the Defendant moves for a continuance of his September 15, 2021 sentencing hearing in this case based on the recent continuance of the trial in a related case.

The Defendant entered his plea of guilty in this matter on October 3, 2019, and sentencing was originally scheduled for January 30, 2020. The Court has granted five previous sentencing continuances. This case must be brought to a resolution. For these reasons, the Court **ORDERS** that the pending *Motion to Continue* (Document 27) be **DENIED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

                                      ENTER:      May 17, 2021

*Irene C. Berger*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA