IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                    CRIMINAL ACTION NO. 2:19-cr-00071

PAUL W. BURKE, M.D.,

        Defendant.

**ORDER**

For reasons appearing to the Court, it is **ORDERED** that the sentencing hearing in this matter, previously scheduled for Wednesday, September 15, 2021, is **RESCHEDULED** for Thursday, **September 16, 2021, at 10:00 a.m.**

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

                        ENTER:      June 4, 2021

                        IRENE C. BERGER
                        UNITED STATES DISTRICT JUDGE
                        SOUTHERN DISTRICT OF WEST VIRGINIA