## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                      **Case No. 2:19-CR-00071**
                                        **Honorable Frank W. Volk, Chief Judge**

**PAUL W. BURKE, M.D.,**

    **Defendant.**

### RESPONSE OF THE DEFENDANT, PAUL W. BURKE, M.D.,
### TO UNITED STATES MOTION TO WITHDRAW MOTION TO SEAL

    **NOW COMES** the Defendant, Paul W. Burke, M.D., and for his Response to United States' Motion to Withdraw Motion to Seal states that the defendant, does not object to said motion.

    Dated this 31st day of March, 2026.


                                     **//s// George J. Cosenza**
                                     **George J. Cosenza, (WV Bar No. 833)**
                                     **GEORGE J. COSENZA, PLLC**
                                     **1130 Market Street - Post Office Box 4**
                                     **Parkersburg, West Virginia 26102**
                                     **(304) 485-0990**
                                     **Counsel for Defendant**

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant, **PAUL W. BURKE, M.D.**, hereby certifies that a true copy of the **RESPONSE OF THE DEFENDANT, PAUL W. BURKE, M.D., TO UNITED STATES MOTION TO WITHDRAW MOTION TO SEAL,** was served electronically on the 31st day of March, 2026, addressed to the following:

Brian D. Parsons, Esquire
Assistant United States Attorney
United States Attorney's Office
110 North Heber Street, Room 261
Beckley, West Virginia 25801
Brian.Parsons@usdoj.gov

**//s// George J. Cosenza**
**George J. Cosenza, (WV Bar No. 833)**
**GEORGE J. COSENZA, PLLC**
**1130 Market Street - Post Office Box 4**
**Parkersburg, West Virginia 26102**
**(304) 485-0990**
**Counsel for Defendant**